<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-2346**

---

COLETTE TAMANGWA,

                                        Petitioner,

        versus

U.S. IMMIGRATION & NATURALIZATION SERVICE,

                                        Respondent.

---

On Petition for Review of an Order for the Board of Immigration Appeals.  (A72-780-546)

---

Submitted:  March 20, 2000          Decided:  May 19, 2000

---

Before MICHAEL, MOTZ, and TRAXLER, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Bokwe G. Mofor, IMMIGRATION ASSISTANCE CENTER, Silver Spring, Maryland, for Petitioner.  David W. Ogden, Acting Assistant Attorney General, David V. Bernal, Assistant Director, Erin Albritton, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Collette Tamangwa petitions for review from the Board of Immigration Appeals' (Board) order denying her motion to reopen deportation proceedings to allow her an opportunity to apply for relief from deportation under the United Nations Convention Against Torture. We have reviewed the record and the Board's decision and find that the Board did not abuse its discretion in denying the motion to reopen. See Stewart v. INS, 181 F.3d 587, 595 (4th Cir. 1999); M.A. v. INS, 899 F.2d 304, 307-10 (4th Cir. 1990). We deny Tamangwa's petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2